**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6101

KENDRICK V. ALSTON,

        Plaintiff - Appellant,

    v.

WINTHROP UNIVERSITY POLICE DEPARTMENT; ROCK HILL CITY POLICE
DEPARTMENT; OFFICER DEWAYNE BUNCH; OFFICER JOHN RANIER;
OFFICER MIKE SMOTHERS,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Richard Mark Gergel, District
Judge. (8:09-cv-01130-RMG)

Submitted: May 19, 2011         Decided: May 24, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Kendrick V. Alston, Appellant Pro Se. Terry B. Millar, TERRY B.
MILLAR, LLC, Rock Hill, South Carolina; David Leon Morrison,
MORRISON LAW FIRM, LLC, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick V. Alston appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and the court's order denying discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Winthrop Univ. Police Dep't, No. 8:09-cv-01130-RMG (D.S.C. Dec. 16, 2010; Jan. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED